```
IT IS SO ORDERED
/s/ James Ware
Judge James Ware
```

Allen J. Ruby (State Bar No. 47109)
Email: allen.ruby@skadden.com
Thomas V. Christopher (State Bar No. 185928)
Email: thomas.christopher@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM  LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570

Steven C. Sunshine (*Pro Hac Vice*)
Email: steven.sunshine@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM  LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:  (202) 371-7000
Facsimile:   (202) 393-5760

Attorneys for Defendants
SOUTHWEST AIRLINES CO.,
GUADALUPE HOLDINGS CORP., and
AIRTRAN HOLDINGS, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE TALEFF, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SOUTHWEST AIRLINES CO.,<br>GUADALUPE HOLDINGS CORP.,<br>AIRTRAN HOLDINGS, INC.,<br><br>  Defendants. | CASE NO.: 3:11-cv-02179 JW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO EXTEND TIME TO FILE**<br>**RESPONSIVE PLEADING AND**<br>**SETTING BRIEFING SCHEDULE** |

Plaintiffs and Defendants stipulate as follows:

WHEREAS, on May 3, 2011, Plaintiffs filed a Complaint for Injunctive Relief Against Violations of Section 7 of the Clayton Antitrust Act in this Court;

WHEREAS, on May 9, 2011, Plaintiffs filed a notice of appeal to the Ninth Circuit from this Court's May 4, 2011, denial of the Plaintiffs' *ex parte* Motion for a Temporary Restraining Order;

WHEREAS, Plaintiffs filed their First Amended Complaint for Injunctive Relief Against Violations of Section 7 of the Clayton Antitrust Act ("First Amended Complaint") in this Court on May 20, 2011;

WHEREAS, on May 26, 2011, Plaintiffs and Defendants filed a Stipulation and [Proposed] Order Regarding Stay ("Stay Stipulation"), which sought a stay of this Court's proceedings until the Ninth Circuit resolved Plaintiffs' appeal and issued its mandate, and also requested that the deadline for Defendants to answer or otherwise plead to the First Amended Complaint be 30 days after issuance of the Ninth Circuit mandate;

WHEREAS, on May 27, 2011, this Court entered an order granting the parties' Stay Stipulation and further setting a Status Conference for August 29, 2011, and requiring the parties to file a Joint Status Statement on or before August 19, 2011;

WHEREAS, on June 2, 2011, the Ninth Circuit dismissed the appeal;

WHEREAS, on June 24, 2011, the Ninth Circuit issued its mandate;

WHEREAS, Defendants' counsel have had certain scheduling conflicts since the issuance of the mandate, making it burdensome for Defendants to prepare and file a responsive pleading by July 25, 2011;

WHEREAS, the parties agree that Defendants shall have until August 8, 2011, to answer, move or otherwise respond to the First Amended Complaint;

WHEREAS, the parties further agree that, for the convenience of counsel and to ensure that all parties have ample time to respond to any motion directed to the First Amended Complaint, any opposition to any such motion shall be filed and served 21 days after the filing of any such motion,

1 | any reply papers shall be filed and served 14 days after the filing of any opposition papers, and the
2 | parties shall schedule a hearing on that motion at the convenience of the Court and all counsel;

NOW, THEREFORE, the parties agree as follows:

1. Defendants shall have until August 8, 2011, to answer, move, or otherwise respond to the First Amended Complaint.

2. In the event any of the Defendants files a motion directed at the First Amended Complaint on or before August 8, 2011, any opposition to any such motion shall be filed and served 21 days after the filing of that motion, any reply papers shall be filed and served 14 days after the filing of any opposition papers, and the parties shall schedule a hearing on that motion at the convenience of the Court and all counsel.

3. This stipulation is without prejudice to any party seeking additional modifications of the schedule in this action via stipulation or court order.

**IT IS SO STIPULATED.**

DATED: July 22, 2011                    SKADDEN, ARPS, SLATE, MEAGHER
                                         & FLOM LLP

                                         By:  /s/ Allen J. Ruby

                                         Allen J. Ruby
                                         Thomas V. Christopher
                                         SKADDEN, ARPS, SLATE, MEAGHER &
                                         FLOM LLP
                                         525 University Avenue Suite 1100
                                         Palo Alto, California 94301
                                         Telephone: (650) 470-4500
                                         Facsimile: (650) 470-4570

                                         Steven C. Sunshine
                                         SKADDEN, ARPS, SLATE, MEAGHER &
                                         FLOM LLP
                                         1440 New York Avenue, N.W.
                                         Washington, D.C. 20005
                                         Telephone: (202) 371-7000
                                         Facsimile: (202) 393-5760

I, Allen J. Ruby, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND SETTING BRIEFING SCHEDULE. In compliance with General Order 45,

-2-

1  X.B., I hereby attest that each of the signatories below has concurred in this filing.

2  DATED: July 22, 2011                    ALIOTO LAW FIRM

                                           By:    /s/ Joseph M. Alioto

                                           Joseph M. Alioto
                                           Jamie L. Miller
                                           ALIOTO LAW FIRM
                                           225 Bush Street, 16th Floor
                                           San Francisco, CA 94104
                                           Telephone: (415) 434-8900
                                           Facsimile: (415) 434-9200
                                           Email: jmalioto@aliotolaw.com
                                           Email: tpier@aliotolaw.com
                                           E-mail: tmoore@aliotolaw.com
                                           E-mail: jmiller@aliotolaw.com

**O R D E R**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 27, 2011                        _____
                                            U.S. DISTRICT COURT JUDGE
                                            NORTHERN DISTRICT OF CALIFORNIA