IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Wayne Taleff, et al., | NO. C 11-02179 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; STAYING DISCOVERY** |
| v. | |
| Southwest Airlines Co., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on August 29, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 36.) Defendants have a Motion to Dismiss currently set for a hearing on October 31, 2011. (See Docket Item No. 34.)

In light of Defendants' pending dispositive Motion, the Court finds that a Case Management Conference is premature at this time. Accordingly, the Court CONTINUES the August 29 Conference to **October 31, 2011 at 10 a.m.** to coincide with the hearing on Defendant's Motion and STAYS all discovery pending resolution of the Motion. On or before **October 21, 2011**, the parties shall submit a Joint Statement including, *inter alia*, a good faith proposed discovery schedule.

Dated: August 23, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen Ruby Allen.Ruby@Skadden.com
Gary A. MacDonald gary.macdonald@skadden.com
Jamie L. Miller jmiller@aliotolaw.com
Joseph M. Alioto jmalioto@aliotolaw.com
Steven C. Sunshine Steven.Sunshine@skadden.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Paul Pier tpier@aliotolaw.com

Dated: August 23, 2011					Richard W. Wieking, Clerk

							By:     /s/ JW Chambers
							         **Susan Imbriani**
							         **Courtroom Deputy**

**United States District Court**
For the Northern District of California