**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Wayne Taleff, et al., | NO. C 11-02179 JW |
| Plaintiffs, | **ORDER CONTINUING OCTOBER 31, 2011 HEARING TO NOVEMBER 3, 2011** |
| v. | |
| Southwest Airlines Co., et al., | |
| Defendants. | |

A hearing is currently set for October 31, 2011 for a Motion to Dismiss[1] in this case. The Court has selected this case for a specially set hearing and the parties have not objected. Upon confirmation with the parties, the Court CONTINUES the October 31 hearing on the Motion to Dismiss to **Thursday, November 3, 2011 at 6:30 p.m.**[2]

In light of the special setting, the Court allocates twenty (20) minutes for each side for oral argument.

Dated: September 27, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Notice of Motion, Motion, and Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiffs' Complaint, Docket Item No. 34.)

[2] The hearing will be held in Courtroom 9, 19th floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen Ruby Allen.Ruby@Skadden.com
Gary A. MacDonald gary.macdonald@skadden.com
Jamie L. Miller jmiller@aliotolaw.com
Joseph M. Alioto jmalioto@aliotolaw.com
Sara L. Bensley sara.bensley@skadden.com
Steven C. Sunshine Steven.Sunshine@skadden.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Paul Pier tpier@aliotolaw.com

**Dated: September 27, 2011**                    Richard W. Wieking, Clerk

                                                           **By:**    **/s/ JW Chambers**
                                                                   **Susan Imbriani**
                                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California