IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Wayne Taleff, et al., | NO. C 11-02179 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Southwest Airlines Co., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on October 31, 2011. (See Docket Item No. 37.) On September 27, 2011, the Court reset the hearing on a Motion to Dismiss in this case for Thursday, November 3, 2011. (See Docket Item No. 42.) In light of the pending Motion to Dismiss, the Court finds that a Case Management Conference would be premature at this time.

Accordingly, the Court VACATES the October 31 Conference. The Court will set a new Conference date in its Order addressing the Motion to Dismiss, if necessary.

Dated: October 20, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen Ruby Allen.Ruby@Skadden.com
Gary A. MacDonald gary.macdonald@skadden.com
Jamie L. Miller jmiller@aliotolaw.com
Joseph M. Alioto jmalioto@aliotolaw.com
Sara L. Bensley sara.bensley@skadden.com
Steven C. Sunshine Steven.Sunshine@skadden.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Paul Pier tpier@aliotolaw.com

**Dated: October 20, 2011**  **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**