**FILED**

UNITED STATES COURT OF APPEALS

FEB 10 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WAYNE TALEFF; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SOUTHWEST AIRLINES CO.; et al.,<br><br>        Defendants - Appellees. | No. 11-16173<br><br>D.C. No. 3:11-cv-02179-JW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: CANBY, WARDLAW, and GOULD, Circuit Judges.

    The full court has been advised of appellants' December 6, 2011 motion for reconsideration en banc, and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

    The motion for reconsideration en banc is denied.

AT/MOATT